**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-25414-CV-WILLIAMS**

DOUGLAS MARSHALL JACKSON, *et al.*,

      Plaintiffs,

v.

NUSHIN SAYEIE, *et al.*,

      Defendants.

_____/

## ORDER

      **THIS MATTER** is before the Court on Magistrate Judge Lauren Fleischer Louis's Report and Recommendations (DE 17) ("***Report***").   In the Report, Judge Louis recommends that Plaintiff's Complaint be dismissed without leave to amend. (*Id*. at 5). Specifically, Judge Louis finds that the Complaint suffers from jurisdictional and Rule 8 deficiencies. (*Id.*) Plaintiff has failed to remedy the Complaint's inadequacies. (*Id.* at 2–3). No objections were filed to the Report, and the time to object has passed.

      Upon careful review of the Report, the Motion, the record, and applicable law,  it is **ORDERED AND ADJUDGED** that:

    1.    Judge Louis's Report (DE17) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT LEAVE TO AMEND**.

    3.    All pending motions are **DENIED AS MOOT**.

    4.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>18th</u> day of May, 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE